## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

**CENTRAL ILLINOIS CARPENTERS HEALTH AND WELFARE TRUST FUND, et al.,**

        **Plaintiff,**

**v.**                                                   **Case No. 14-3293**

**CON-TECH CARPENTRY LLC,**

        **Defendant.**

# OPINION

This cause coming on to be heard before the Court upon Plaintiffs' Motion for Entry of Default (d/e 4) of Defendant Con-Tech Carpentry LLC. The Court, being fully advised in the premises, finds that Defendant Con-Tech Carpentry LLC has failed to answer the Complaint filed herein in a timely fashion as required by the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that default be, and the same is, hereby entered against Defendant Con-Tech Carpentry LLC for its failure to answer in this cause in a timely manner as provided by the Federal Rules of Civil Procedure and the rules of this Court.

IT IS FURTHER ORDERED that this cause of action is subject to dismissal for failure to prosecute unless within fourteen (14) days of the entry of this Order of Default, the Plaintiffs make application to the District Court for the entry of a default judgment against Defendant Con-Tech Carpentry LLC.

ENTERED this 1st day of December, 2014.

                                     s/DAVID G. BERNTHAL
                             UNITED STATES MAGISTRATE JUDGE